# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-2125EA

_____

Joy Salmon,

                          *
                          *
                          *

      v.                    District of Arkansas.

CPC Pinnacle Point Hospital,          [UNPUBLISHED]

           Appellee.

_____

Filed:  December 24, 1998

_____

Before RICHAR                             District
    Judge.

PER CURIAM.

                          ute her race discrimination lawsuit against her
                          ppeals the district court's rulings
    ssing                                   a
   urt-ordered                              n

---

*The Honorable Robert T. Dawson, United States District

opinion would have no precedential value in this fact-intensive case. We see no willful misconduct on the part of Salmon's present lawyer, and we understand the order for sanctions to apply to the client only. We further conclude the district court's fact-findings are not clearly erroneous and neither error of law nor abuse of discretion appears. We thus affirm the rulings of the district court. <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.